United States District Court
Southern District of Texas
FILED

JAN 3 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-18-1691-S1 |
| | § | |
| VIOLA ELIZABETH GARCIA | § | |
| NOAH ANTONIO SOLIS | § | |
| CHRISTOPHER ANDRADE | § | |
| RONALDO GALLEGOS | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 12, 2018, through on or about August 30, 2018, in the Southern District of Texas and elsewhere, defendants,

**VIOLA ELIZABETH GARCIA
NOAH ANTONIO SOLIS
CHRISTOPHER ANDRADE
and
RONALDO GALLEGOS**

conspired to travel or cause another to travel in interstate or foreign commerce from the State of California to the State of Texas and to use facilities in interstate and foreign commerce with intent that the murder of F.U.F. be committed in violation of the laws of Texas as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: approximately $20,000.00 in United States Currency.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY