UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case No. 7:18-cr-001691-03 |
| CHRISTOPHER ANDRADE | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF FINAL PRE-TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **CHRISTOPHER ANDRADE**, Defendant in the above entitled and numbered cause, by and through undersigned counsel, and files this DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF FINAL PRE-TRIAL, and for good cause shows the following:

Defendant **CHRISTOPHER ANDRADE**, is currently set for a Final Pre-Trial Hearing on Monday October 3, 2022 at 10:30 a.m.  Undersigned counsel was diagnosed with Influenza Type A on October 2, 2022 and was ordered to stay home during the following three days through October 5, 2022.  Undersigned counsel hereby requests this Pre-Trial Setting to be rescheduled to the court's next available date.

Furthermore, after consulting with Robert Lopez from the U.S. Attorney's, Mr. Lopez indicated that he is unopposed. Finally, this Motion is not made for the purposes of delay, but so that justice be done.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully prays that this Honorable Court grant this Unopposed Motion for Continuance of Final Pre-Trial.

Respectfully submitted,

**DE LA GARZA LAW FIRM**

By: /s/ *Rafael de la Garza, III*
    RAFAEL DE LA GARZA, III
    4919 South Jackson Rd.
    Edinburg, Texas 78539
    Tel: (956) 533-1426
    Fax: (956) 284-0518
    Email: rdlglaw@gmail.com
    FEDERAL ID. NO. 1162772

    COUNSEL FOR
    CHRISTOPHER ANDRADE

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2022, a true and correct copy of the above and foregoing document was e-filed via the CM/ECF system and served on all counsel of record.

By: */s/ Rafael de la Garza, III*
RAFAEL DE LA GARZA
State Bar No. 24076343
Federal I.D. No. 1162772

DEFENSE COUNSEL FOR
CHRISTOPHER ANDRADE

## CERTIFICATE OF CONSULTATION

I, RAFAEL DE LA GARZA, hereby certify that on October 3, 2022, I consulted with AUSA, Roberto Lopez regarding this Defendant's Unopposed Motion for Continuance of Final Pre-Trial, and Mr. Roberto Lopez is unopposed to same.

By: */s/ Rafael de la Garza, III*
RAFAEL DE LA GARZA
State Bar No. 24076343
Federal I.D. No. 1162772

DEFENSE COUNSEL FOR
CHRISTOPHER ANDRADE